UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,

        Plaintiff,

                        Case Number: 08-11243
                        Honorable: Robert H. Cleland
VS.                   Claim Number: 1999A16774

MICHELLE Y. MAY AKA JONES,

        Defendant,
_____/

### ORDER RELEASING TAX GARNISHMENT

Upon the reading and filing of the above Petition, the **STATE OF MICHIGAN TREASURY DEPARTMENT** is hereby released from any liability under said **GARNISHMENT** and any funds shall be restored to the principal Defendant upon receipt of this document.

                        S/Robert H. Cleland
                        ROBERT H. CLELAND
                        UNITED STATES DISTRICT JUDGE

Dated:  April 23, 2009

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, April 23, 2009, by electronic and/or ordinary mail.

                        S/Lisa Wagner
                        Case Manager and Deputy Clerk
                        (313) 234-5522